**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RUDOLPH J. DAVIS,** | Case No.: 14-CV-1634 YGR |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| **INTERNAL REVENUE SERVICE,** *et al.*, | |
| Defendant. | |

On June 17, 2014, Defendant United States Internal Revenue Service filed a motion to dismiss this lawsuit. Dkt. No. . If the Court grants that motion and dismisses this lawsuit, the lawsuit will be over and the Plaintiff, Rudolph J. Davis, will have lost.

The hearing on the motion to dismiss is currently scheduled for **July 29, 2014, at 2:00 p.m. in Courtroom 1 at the Federal Courthouse, 1301 Clay Street, Oakland, California.**

Under this Court's Civil Local Rule 7-3(a), Mr. Davis was required to file either a brief opposing the motion to dismiss his lawsuit, or a notice that he does not oppose dismissal.[1] Mr. Davis's papers were due on July 1, 2014. As of the date of this Order, Mr. Davis has not filed anything. As a result, the Court is considering dismissing his lawsuit for "failure to prosecute," that is, a failure to meet deadlines and keep the lawsuit moving forward.

The Court hereby extends Mr. Davis's time to file his papers. **Mr. Davis shall file an opposition to the Motion to Dismiss no later than August 1, 2014. Failure to file an opposition by that date will result in dismissal of this lawsuit for failure to prosecute.** Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

---

[1] The Court's Civil Local Rules may be accessed for free at: http://cand.uscourts.gov/localrules/civil

The Court further notes that Mr. Davis may seek assistance at the Court's Legal Help Center. The Legal Help Center may assist persons who do not have lawyers if they make an appointment. The Legal Help Center's phone number is (415) 782-8982 and its website is http://cand.uscourts.gov/helpcentersf.

**IT IS SO ORDERED.**

Dated: July 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**